

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00167-CV

City of McAllen, Texas and Mike R. Perez, In His Official Capacity as City Manager
v.
Othal E. Brand

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-1763-12-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 2, 2015